450 A.2d 1063

Commonwealth v. Coleman, Appellant.
Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted May 5, 1982. Delores Wilson, for appellant;

622

Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.